**Abatement Order filed November 27, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00620-CR
_____

## JACOBO OCHOA-AVALOS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 33rd District Court
Burnet County, Texas
Trial Court Cause No. 47174**

## ABATEMENT ORDER

On June 22, 2018, the trial court appointed **Anthony C. Odiorne** to represent appellant on appeal. After the appointment, Odiorne accepted employment as an associate judge in Williamson County. Odiorne filed a motion to withdraw as counsel.

An appointed attorney shall represent the defendant until

. . . charges are dismissed, the defendant is acquitted, appeals are exhausted, or the attorney is permitted or ordered by the court to

withdraw as counsel for the defendant after a finding of good cause is entered on the record.

Tex. Code Crim. Proc. Ann. art. 26.04(j)(2).

Accordingly, we **ABATE** this appeal and order as follows:

1. The judge of the 33rd District Court shall consider Odiorne's request to withdraw, determine whether appellant wishes and is entitled to appointed counsel, and appoint new counsel if so.

2. The judge shall see that a record of any hearing is made and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders regarding Odiorne's request to withdraw and/or appointment of new counsel. The records shall be filed with this court by **December 27, 2018**.

3. We will hold Odiorne's motion to withdraw pending receipt of the requested records.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket after the requested records are filed in this court.

PER CURIAM

2